## **LOCAL CIVIL RULE 11.2 CERTIFICATION**

Pursuant to Local Civil Rule 11.2, I hereby certify that the matter in controversy is related the civil actions with the following docket numbers, all before the Hon. Michael A. Shipp:

- 15-cv-07658
- 16-cv-05034
- 16-cv-06127
- 16-cv-06128
- 16-cv-07212
- 16-cv-07321
- 16-cv-07324
- 16-cv-07328
- 16-cv-07494
- 16-cv-07496
- 16-cv-07497
- 17-cv-06365
- 17-cv-06513
- 17-cv-07552
- 17-cv-07625
- 17-cv-07636
- 17-cv-12088
- 17-cv-12808
- 17-cv-13488
- 18-cv-00089
- 18-cv-00032
- 18-cv-00343
- 18-cv-00383
- 18-cv-00846
- 18-cv-00893
- 18-cv-01223
- 18-cv-12673
- 18-cv-08595
- 18-cv-08705
- 18-cv-15286

I hereby certify that the following statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:  May 3, 2020

/s/ JooYun Kim
JooYun Kim
HUNG G. TA, ESQ. PLLC
Hung G. Ta (*pro hac vice* forthcoming)
Natalia D. Williams
250 Park Avenue, Seventh Floor
New York, NY 10177
Tel: (646) 453-7288
jooyun@hgtlaw.com
hta@hgtlaw.com
natalia@hgtlaw.com

*Counsel for Plaintiffs*